UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. LANG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT J. HERNANDEZ,<br>Warden,<br><br>　　　　Respondent. | Case No. CV 07-5746 RGK(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and adopts the Report and Recommendation.

　　　IT IS HEREBY ORDERED:  (1) the portion of the Petition challenging petitioner's 1984 state court conviction (Grounds One, Two, and the part of Ground Three alleging petitioner's sentence was not based on a jury finding of all facts beyond a reasonable doubt) is dismissed as successive, since this Court is without jurisdiction to consider it; (2) the remaining claims in the Petition (the rest of Ground Three and Grounds Four through Six) are dismissed with prejudice.

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on petitioner and on
3 counsel for respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: March 15, 2011

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE