UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. LANG, <br>         Petitioner, <br>     v. <br> ROBERT J. HERNANDEZ, Warden, <br>         Respondent. | Case No. CV 07-5746 RGK(JC) <br><br> (PROPOSED) <br><br> JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the portion of the Petition for Writ of Habeas Corpus by a Person in State Custody challenging petitioner's 1984 state court conviction (Grounds One, Two, and the part of Ground Three alleging petitioner's sentence was not based on a jury finding of all facts beyond a reasonable doubt) is dismissed as successive, since this Court is without jurisdiction to consider it and that the remaining claims in the Petition (the rest of Ground Three and Grounds Four through Six) are dismissed with prejudice.

DATED: March 16, 2011

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE